FILED

10 JUN 29 PM 1:16
UNITED STATES BANKRUPTCY CLERK
OMAHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re: | Case No. 09-82347-TJM |
| DeWayne K. Long, | |
| Debtor | On Appeal from: |
| | The United States Bankruptcy Court |
| | For The District of Nebraska |
| | |
| | Judge Below: |
| | Honorable Thomas L. Saladino, *U.S.B.J.* |
| | |
| | Chapter 13 |
| | Case No. BK 09-82347-TJM |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Debtor, DeWayne K. Long, requests an extension of 30 days until August 5, 2010 in which to file Appellant's Opening Brief.

Dated this 29th day of June, 2010

_____
DeWayne K. Long
P.O. Box 3
Ashland, Nebraska 68003
(402-871-3370)

Certificate of Service

I, DeWayne K. Long, certify that I have sent by regular mail true and correct copies of the above **NOTICE of APPEAL** to the following:

Smith, Gardner, Slusky, Lazer, Pohren, & Rogers, L.L.P.
Attn: Shaun M. James
8712 West Dodge Road, #400
Omaha, Nebraska 68114
(402) 392-0101

Locher Pavelka Dostal Braddy & Hammes, L.L.C.
Attn: Matthew E. Eck
200 The Omaha Club
2002 Douglas Street
Omaha, Nebraska 68102
Phone: (402) 898-7000
Fax:    (402) 898-7130

Patricia Fahey
U.S. Trustee's Office
111 S. 18th Plaza
Suite 1148
Omaha, Nebraska 68102

Blaine E. Dickeson, NE #24048
6363 College Blvd. Suite 100
Overland Park, KS 66211
(913) 663-7600 Ext. 211

Steffi A. Swanson
1902 Harlan Drive, Suite A
Bellevue, Nebraska 68005

_____
Signature of Server