IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | 8:10CV250 |
| | ) | |
| DEWAYNE K. LONG, | ) | ORDER |
| | ) | |
| Debtor. | ) | |
| | ) | |

This matter is before the court on the trustee's motion, Filing No. 26, to allow her to file her brief in this case on or before September 30, 2010. The trustee also requests that this Court enter a briefing order in this case. After reviewing the record, the Court will grant the motion.

THEREFORE, IT IS ORDERED THAT:

1. The trustee's motion, Filing No. 26, is granted, and she shall have until September 30, 2010, to file a brief in response to debtor's brief, Filing No. 23. The trustee shall address both the motion for emergency stay, Filing No. 22, and the merits as set forth in the brief, Filing No. 23.

2. The debtor shall have fourteen days thereafter to file a reply brief, if he so chooses.

3. Both parties shall designate all parts of the court record in accordance with Bankruptcy Rule 8006 by September 30, 2010.

DATED this 13th day of September, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge